**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Wenzel, an individual, | No. CV-09-1979-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Thomas and King, Inc., a South Carolina corporation, | |
| Defendant. | |

On November 22, 2010, the parties participated in a settlement conference before Magistrate Judge Voss.  Docs. 41, 71.  A settlement was reached and placed on the record.  Doc. 71.  Judge Voss gave the parties until February 28, 2011 to file a stipulation and order of dismissal.  *Id.*

**IT IS THEREFORE ORDERED:**

1.      The parties' motions for summary judgment (Docs. 42, 68) are **denied** as moot.

2.      The Clerk is directed to enter a judgment of dismissal if the parties fail to comply with the **February 28, 2011** deadline for filing a stipulation and order of dismissal.

DATED this 16th day of December, 2010.

_____

David G. Campbell
United States District Judge